MORRIS PLAN INDUSTRIAL BANK OF NEW YORK v. GEORGE F. GUNNING and PENNSYLVANIA RAILROAD COMPANY.— Motion for leave to appeal to the

Court of Appeals granted. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *ante*, p. 817.] [See 270 App. Div. 754.]